UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNICE SKEEN,

        Plaintiff,

v.

        Case No. 2:15-cv-11110
        District Judge Arthur J. Tarnow
        Magistrate Judge Anthony P. Patti

NATIONAL RAILROAD PASSENGER
CORPORATION,

        Defendant.

_____/

## ORDER ON THE FEBRUARY 10, 2016 STATUS CONFERENCE

Plaintiff filed a motion to compel on December 3, 2015. (DE 11.) On December 16, 2015, Defendant filed its response (DE 12) and Plaintiff filed a "Supplemental Motion to Produce" on February 1, 2016.[1] (DE 17.) This matter is scheduled for a hearing on February 18, 2016, and came before me for a telephonic status conference on February 10, 2016.

During the status conference, I indicated that I wished to see all photographs and videos relating to the incident described in Plaintiff's complaint, including but not limited to video(s) captured by the outward-facing camera, at the February 18,

---

[1] The Court will construe Plaintiff's "Supplemental Motion" as a reply. Accordingly, Defendant is not required to file a response.

2016 hearing for an *in camera* review if the parties cannot agree beforehand upon which such videos and photographs will demonstrate the extent of the incident, including impact forces on the rolling stock.

Counsel for Defendant represented that, as an officer of the court, she would obtain all such photographs and videos from her client and bring them to Court on the day of the hearing. Accordingly, the Court hereby orders that counsel for Defendant do so.

Prior to the hearing, the parties are encouraged to work out and stipulate to acceptable language for a protective order for the exchange of such information, lest the Court do so on its own initiative in a manner in which may be less palatable than that which the parties could work out on their own.

Finally, the parties need not abide by my practice guidelines governing discovery motions for the upcoming hearing.

**IT IS SO ORDERED.**

Dated: February 10, 2016     s/Anthony P. Patti
                             Anthony P. Patti
                             UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 10, 2016, electronically and/or by U.S. Mail.

                             s/Michael Williams
                             Case Manager for the
                             Honorable Anthony P. Patti